In the Matter of STEVEN WILSON, Respondent, v BEVERLY THOMAS, Appellant. [735 NYS2d 840] —Appeal unanimously dismissed without costs. Memorandum: Because the provisions of the order entered June 16, 2000 that are challenged by petitioner on appeal, "have been reaffirmed by the subsequent, unappealed, order [entered August 28, 2000], the rights of the parties will not be directly affected by any determination regarding that prior order. Accordingly, the instant appeal is academic" (*Bragman v Bragman*, 288 AD2d 172; *see, Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714; *Lee v Lee*, 221 AD2d 1017). The matter does not otherwise warrant invoking an exception to the mootness doctrine (*see, Matter of Hearst Corp.*

*v Clyne, supra,* at 714-715). (Appeal from Order of Cattaraugus County Family Court, Nenno, J.—Contempt.) Present—Pine, J. P., Wisner, Kehoe, Gorski and Lawton, JJ.